UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CARLOS ALFREDO SANTOS ZARUMA,<br><br>*Petitioner*,<br><br>v.<br><br>PAM BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER M ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and WARDEN, ERO EL PASO CAMP EAST MONTANA, IN EL PASO, TEXAS,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00116-LS |

## ORDER FOR SERVICE

Petitioner Carlos Alfredo Santos Zaruma challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 12, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 23, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**