UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CARLOS ALFREDO SANTOS ZARUMA, | § § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| PAM BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN, ERO EL PASO CAMP EAST MONTANA, IN EL PASO, TEXAS, | § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00116-LS |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 11, 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 7.